

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00336-CV

| | | |
|---|---|---|
| SRMOF II 2012-1 TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE, Appellant/Cross-Appellee | § | On Appeal from the 158th District Court |
| | § | of Denton County (15-04164-158) |
| | § | August 22, 2019 |
| V. | | |
| KEVIN ALAIMO, Appellee/Cross-Appellant | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The court reverses the trial court's order granting SRMOF II 2012-1 Trust, U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Trustee's amended petition for bill of review, vacates the trial court's August 2, 2018 final judgment, and renders judgment reinstating the December 15, 2014 "Final Default Judgment."

It is further ordered that appellant U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Trustee shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel